VALLADARES, DEMANDANTE Y APELANTE, *v.* THE JUNCOS CENTRAL
COMPANY, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Humacao
en pleito sobre cobro de dinero.

No. 2076.—Resuelto en junio 1, 1920, por los fundamentos del caso No. 2075,
*Gúzmán* v. *The Juncos Central Co.*, de junio 1, 1920 (pág. 539).

Abogado del apelante: *Sr. J. B. Huyke.*

Abogados de la apelada: *Sres. C. Hartzell y F. Ramírez
de Arellano.*

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.